1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street
   Sacramento, California 95814
4  Telephone: (916) 554-2785



FILED

APR 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Search Of: | No. 2:08-SW-0125 DAD |
| SK FOODS<br>1408 WEST MAIN, SUITE B<br>RIPON, CALIFORNIA 95366 AND<br>PERSON AND VEHICLE OF<br>SCOTT SALYER | **SEALING ORDER** |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Application for Search Warrant and the Affidavit filed in support thereof in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: April 13, 2008

                                    _____
                                    DALE A. DROZD
                                    U.S. Magistrate Judge