```
BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

**FILED**

MAR 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF:<br><br>SK FOODS<br>1408 WEST MAIN, SUITE B<br>RIPON, CALIFORNIA 95366<br>AND PERSON AND VEHICLE OF<br>SCOTT SALYER | NO. 2:08-SW-0125-DAD<br><br>MOTION AND ORDER TO UNSEAL |

The United States hereby moves this Court to unseal the search warrant, the search warrant application and all related filings in the above-captioned matter.  Sealing is no longer necessary to protect any ongoing investigation.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 8, 2010     By: /s/ Sean C. Flynn
                             SEAN C. FLYNN
                             MATTHEW D. SEGAL
                             Assistant U.S. Attorneys

**SO ORDERED.**

DATED: 3-8-2010

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge